# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ALBA MARIA G. C., <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, *in her official capacity as U.S. Attorney General*; KRISTI NOEM, *in her official capacity as Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as Field Office Director, Director of Enforcement and Removal Operations, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; and DORA CASTRO, *in her official capacity as Warden, Otero County Processing Center*, <br><br> Respondents. | Case No. 26-cv-886 (LMP/DJF) <br><br> **ORDER TRANSFERRING HABEAS PETITION** |

John F. Huerter, Samuel Audley, and Sonja Smerud, **Dorsey & Whitney LLP, Minneapolis, MN**, for Petitioner.

Matthew Isihara, **United States Attorney's Office, Minneapolis, MN**, for Respondents.

On January 30, 2026, Petitioner Alba Maria G. C. filed a petition for a writ of habeas corpus alleging that Respondents (the "Government") unlawfully arrested and detained her on January 7, 2026, in Minneapolis, Minnesota, in violation of the Immigration and Nationality Act ("INA") and the Fifth Amendment to the United States Constitution. *See*

*generally* ECF No. 1. Before filing this petition, however, Alba Maria G. C. was transferred to a detention center in Otero County, New Mexico. *See id.* ¶ 8.

In light of the fact that Alba Maria G. C. was known to be confined in New Mexico, not Minnesota, at the time she filed her petition here, the Government filed a motion to dismiss the petition or to transfer the petition to the District of New Mexico because this Court lacks subject-matter jurisdiction over Alba Maria G. C.'s claims. *See* ECF No. 5 at 1–2.

This Court has previously explained that "'[f]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.'" *Valentina T. M. v. Easterwood*, No. 26-cv-542 (LMP/DJF) (D. Minn. Feb. 4, 2026) (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004)). Two exceptions exist, *see id.*, but neither is applicable here, as it is clear that Alba Maria G. C. was detained in New Mexico at the time she filed this petition. ECF No. 1 ¶ 8. Accordingly, the Court lacks jurisdiction over his petition, grants the Government's motion, and transfers the petition to the District of New Mexico. *See, e.g.*, *Fausto T. v. Bondi*, No. 26-cv-748 (PJS/EMB), ECF No. 3 (D. Minn. Jan. 27, 2026).

## CONCLUSION

Based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1. The Government's Motion to Dismiss or Transfer (ECF No. 5) is **GRANTED**;

2. This matter is **TRANSFERRED** to the United States District Court for the District of New Mexico.

Dated: February 11, 2026          *s/Laura M. Provinzino*
                                             Laura M. Provinzino
                                             United States District Judge